■ In the Matter of YETTA HOROWITZ, Respondent-Appellant, v JOHN A. MCRAE, Respondent-Respondent; and MATTIE L. GOODE, Appellant, et al., Respondents.—In a proceeding, *inter alia,* to invalidate petitions designating John A. McRae and Mattie L. Goode as candidates in the Democratic Party primary election to be held on September 9, 1980 for the public offices of Member of the Assembly and Female Assembly District Leader, respectively, from the 27th Assembly District, the appeals are from a judgment of the Supreme Court, Queens County, dated August 15, 1980, which, *inter alia,* granted the application as to Goode and denied it as to McRae. Judgment affirmed, without costs or disbursements. No opinion. Mollen, P. J., Damiani, Mangano and Gulotta, JJ., concur; Weinstein, J., not voting.

■ In the Matter of CHRISTOPHER ST. LAWRENCE et al., Appellants, v SANDRA LEFEVER et al., Constituting the Board of Elections of Rockland County, Respondents, and JOSEPH HALFON, Respondent. (Proceeding No. 1.) In the Matter of DIANE M. BELJEAN, Appellant, v SANDRA LEFEVER et al., Constituting the Board of Elections of Rockland County, Respondents, and TERRENCE RYAN, Respondent. (Proceeding No. 2.)—In proceedings to (1), *inter alia,* validate petitions designating Christopher St. Lawrence as a candidate in the Democratic Party primary election to be held on September 9, 1980 for the public office of Member of the State Assembly from the 95th Assembly District and (2) invalidate petitions designating Terrence Ryan as a candidate in the Conservative Party primary election to be held on September 9, 1980 for the public office of County Court Judge, the appeals are from a judgment of the Supreme Court, Rockland County, dated August 15, 1980, which dismissed the proceedings. Judgment affirmed, without costs or disbursements. No opinion. Hopkins, J. P., Lazer, Rabin, Margett and Martuscello, JJ., concur.